United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Nextwave Enterprises, LLC, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-20583-Civ-Scola |
| Waterstone Construction and | ) |
| Development, Inc. and Edward M. | ) |
| Wasser, Defendants. | ) |

## Order Adopting Report and Recommendations and Granting Default Judgment

The Court referred Plaintiff Nextwave Enterprises, LLC's second motion for the entry of a final default judgment to United States Magistrate Judge Edwin G. Torres for a report and recommendation. On September 23, 2019, Judge Torres issued a report and recommendation, recommending that the Court grant Nextwave's motion in part and deny it in part. (Rep. & Rec., ECF No. 44.) No objections to the report and recommendation have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 44**) and **grants in part and denies in part** Nextwave's motion (**ECF No. 41**) as follows.

The Court **enters judgment** in favor of Plaintiff Nextwave Enterprises, LLC and against Defendants **Waterstone Construction and Development, Inc.** and **Edward M. Wasser**, jointly and severally, in the total amount of **$251,514.60** ($249,099.60 in the unpaid settlement amount; $2,415.00 in attorneys' fees),[1] for which sum let execution issue.

The Court denies, without prejudice, Nextwave's request for discovery in aid of execution. (Pl.'s Mot. at ¶ 6.) To the extent the Court's intervention in that regard proves necessary, Nextwave may file a motion for the Court's consideration at that time.

The Court directs the Clerk to **close** this case. Any pending motions are

---

[1] For the reasons set forth in Judge Torres's report, the Court denies Nextwave's request for costs.

**denied as moot**.[2]

**Done and ordered** at Miami, Florida, on October 25, 2019.

                                                          Robert N. Scola, Jr.
                                         United States District Judge

---

[2] Judge Torres's first report and recommendation (ECF No. 38) should, accordingly, be **terminated**.